IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEIDI STRAUSE, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| v. | : | NO. 09-2249 |
| | : | |
| **THOMAS STARNER,** | : | |
| **Defendant** | : | |

<u>**O R D E R**</u>

**STENGEL, J.**

**AND NOW**, this 31st day of August, 2009, upon consideration of the defendant's Motion to Dismiss (Document #5), it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. With respect to Count I (Illegal Seizure), the motion is DENIED;

2. With respect to Count II (Illegal Arrest), the motion is GRANTED;

3. With respect to Count III (Race Discrimination), the motion is GRANTED; and

4. Any request for punitive damages against the defendant in his official capacity is DISMISSED.

BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.